# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
### West Palm Beach Division

In re:                                                                  Case No. 13-23261-BKC-PGH
                                                                            Chapter 11

**Commercial Real Estate Investment Group, Corporation,**

           _____ Debtor ____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B), the Debtor-in-Possession, **Commercial Real Estate Investment Group, Corporation,** files this Chapter 11 Case Management Summary and states:

The following data represents approximations for background information only and the information may represent the Debtor's best estimate in response to some of the ensuing questions.

1. Date of Order for Relief under chapter 11 (filing date of petition if voluntary chapter 11 petition): **June 4, 2013**

2. Names, case numbers and dates of filing of related debtors:
   **Casale Marble Imports, Inc. – Filed 7/14/2008 -Case # 08-19689-BKC-PGH
   Casale Marble Imports, Inc. – Filed 5/14/2013 -Case # 13-21220-BKC-PGH
   Donato Walter Casale – Filed 6/3/2013 - Case # 13-23240-BKC-PGH
   Metro & Sivan, LLC – Filed 6/4/2013 – Case # 13-23261-PGH**

3. Description of debtor's business:
   **Rental property – Commercial Industrial warehouse**

4. Locations of debtor's operations and whether the business premises are leased or owned:
   **Property is owned and located at:
   715 - 755 SW 17th Avenue
   Delray Beach, Florida 33444**

5. Reasons for filing chapter 11:
   **The actions of PNC in requiring the cross collateralization and cross default agreement in violation of the confirmed amended plan and in violation of the discharge injuction and it's financial ill effects.**

1

6. List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing:
   **Donato Walter Casale**
   **2013 - $ 0**          **2012 - $ 0**

7. Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition:
   2013 - $ 5,609.63
   2012 - $ 39,809.47

8. Amounts owed to various creditors:

   a. Obligations owed to priority creditors including priority tax obligations:
   Palm Beach – R/E Taxes – 2012 (No. 12-43-46-20-25-001-0010)    $ 41,934.34
   Palm Beach – R/E Taxes – 2012 (No. 06-42-47-11-01-007-0100)    $ 11,917.62
   Palm Beach – R/E Taxes – 2012 (No. 00-42-46-26-17-000-0250)    $  3,591.35

   b. With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims, and
   PNC Bank, N.A. -    Loan # 101              $ 2,881,674.96

   **Collateral:**
   Property at: 715 SW 17th Avenue, Delray Beach, FL 33444    $950,000
   Property at: 3000 NW 29th Road, Boca Raton, FL 33431       $725,000
   Property at: 5171 Casa Real Drive, Delray Beach, FL 33484  $125,000

   c. Amount of unsecured claims:
   $3,177.21 – Reel Power, Inc.

9. General description and approximate value of the debtor's assets:
   **Values noted in 8b above.**

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires;
    **Commercial Property**
    Zurich American Insurance Co.
    Policy # CPP278065259
    Amount of Coverage – Building $1,533,120 w/ Deductible $10,000
    Amount of Coverage – Personal Property $200,000 w/ Deductible $10,000
    Paid in full until time for renewal
    Policy Expires on 6/30/2013

11. Number of employees and amounts of wages owed as of petition date:
    **$0**

12. Status of debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged

in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A): **Paid to date**

13. Anticipated emergency relief to be requested within 14 days from the petition date:

Commercial Real Estate Investment Group, Corporation,

By _____
Donato Walter Casale, as its President

BRAD CULVERHOUSE
ATTORNEY AT LAW, CHARTERED
W.E. Gary Professional Building
320 South Indian River Drive, Suite 100
Fort Pierce, Florida 34950
Office Telephone:    (772) 465-7572
Cellular telephone:  (561) 716-4726
Florida Bar no. 207632
Attorney for Debtors
E-Mail: BradCulverhouseLaw@gmail.com

By: _____

Attach or file separately a Local Rule 2002-1(F) certificate of service reflecting manner and date of service on all affected parties.

3