

**ORDERED in the Southern District of Florida on July 31, 2013.**

          **Paul G. Hyman, Chief Judge**
          **United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH

In re:

COMMERCIAL REAL ESTATE         Case No. 13-23261-PGH
INVESTMENT GROUP, CORP.

                                                   Chapter 11

      Debtor.
_____/

**ORDER GRANTING PNC BANK, NATIONAL ASSOCIATION'S
MOTION FOR RELIEF FROM STAY**

THIS CASE came on for consideration on the Motion for Relief from Stay (the "Motion")(Doc. No. 24) filed by PNC Bank, National Association (the "Movant"). The Motion was served by negative notice pursuant to Local Rule 4001-1(C), and no appropriate response was timely filed. Accordingly, it is

     **ORDERED:**

     1.     The Motion is **GRANTED**.

2. The automatic stay arising by reason of 11 U.S.C. §362 is terminated as to Movant's interest in certain real property located in Palm Beach County, Florida (the "Property"). A copy of the legal description of the Property is attached hereto as **Exhibit A**.

3. This order granting relief from stay is entered for the sole purpose of allowing Movant complete *in rem* relief to take any and all steps necessary to exercise any and all rights it may have in the Property, to gain possession of or foreclose the Property, to seek appointment of a receiver or to make demands for rents, and to have such other and further *in rem* relief as is just as to the Property.

4. The Movant's request to waive the 14-day stay period pursuant to Bankruptcy Rule 4001(a)(3) is granted.

###

Order Submitted by:
Denise D. Dell-Powell, Esq.
Michael A. Nardella, Esq.
Burr & Forman LLP
200 S. Orange Avenue, #800
Orlando, FL 32801
Phone: (407) 540-6600
Fax: (407) 540-6601
Email:   denise.dellpowell@burr.com
Email:   michael.nardella@burr.com
Counsel for PNC Bank, National Association

Denise Dell-Powell is directed to serve copies of this order on all interested parties, and file a certificate of service.

**EXHIBIT A**

*EXHIBIT A*

Parcel 1
Lots 1 to 21, inclusive, Block 1, Delray Beach Heights Extension Section B, according to the map or plat thereof as recorded in Plat Book 27, Page 10, Public Records of Palm Beach County, Florida

Parcel 2
Lot 10, Block 7, Boca Raton Bath and Tennis Club, according to the map or plat thereof as recorded in Plat Book 32, Page 20, Public Records of Palm Beach County, Florida.

Parcel 3
Lot 25, Plat 1 of La Casa, a P.U.D., according to the map or plat thereof as recorded in Plat Book 58, Page 187, Public Records of Palm Beach County, Florida.